UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARNAM SINGH, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-00736-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos 19, 22) |

　　　　On May 12, 2023, plaintiff Lee Dozier filed this civil action alleging violations of the Americans with Disabilities Act against defendants Amarjit Singh and Harnam Singh.  (Doc. No. 1.)  The Clerk of the Court entered default as to both defendants because they were served with the summons and complaint, and neither of them filed an answer, responsive pleading, or otherwise appeared in this action.  (Doc. Nos. 4–7.)  On March 26, 2024, plaintiff filed the pending motion for default judgment.  (Doc. No. 19.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

　　　　On June 5, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted.  (Doc. No. 22.)  The findings and recommendations provided that any objections thereto were to be filed within twenty-one (21) days.  (*Id.* at 10.)  To date, no objections have been filed and the time for doing so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 5, 2024 (Doc. No. 22) are adopted in full;

2. Plaintiff's motion for default judgment against defendants (Doc. No. 19) is granted;

3. Default judgment is entered in favor of plaintiff and against defendants in the amount of $10,906.00 (comprising $4,000 in statutory damages and $5,760.00 in attorney's fees and costs, along with $1,146.00 in filing fees and costs);

4. Defendants shall make changes and accommodations at the subject property Sunny's Food Mart, located at 2101 West Rumble Road in Modesto, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines no later than six months from the date of this order; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 24, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE